FILED
FEB 24 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
(HON. GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 09CR4107-GT |
| Plaintiff, | |
| v. | **ORDER** |
| JOSE FELIX TECALCO-MARTINEZ, | |
| Defendants. | |

**IT IS HEREBY ORDERED** after appropriate inquiry and good cause being shown that the sentencing hearing in the above-captioned case be continued from **March 17, 2010 at 9:00 A.M.** to **March 23, 2010 at 9:00 A.M.**

SO ORDERED.

DATE: February 24, 2010

_____
HON. GORDON THOMPSON, JR.